# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **RICK DEES** | : | Case No. C-1-02-457 |
| | : | |
| Plaintiff, | : | (Judge Dlott) |
| | : | |
| vs. | : | |
| | : | |
| **KENWOOD DEALER GROUP, INC.** | : | **DEFENDANTS' MOTION TO** |
| and | : | **CONTINUE SEPTEMBER 22, 2004** |
| **KINGS DODGE, INC.** | : | **SCHEDULING CONFERENCE** |
| | : | |
| Defendants. | : | |

Defendants Kenwood Dealer Group, Inc., at al. hereby move this Court to continue the Scheduling Conference which has been set for September 22, 2004. The grounds for this motion are set forth in the accompanying memorandum.

                                                Respectfully submitted,

                                                s/Curtis L. Cornett
                                                Curtis L. Cornett (0062116)
                                                Cors & Bassett, LLC
                                                537 E. Pete Rose Way, Suite 400
                                                Cincinnati, Ohio 45202
                                                (513) 852-8226
                                                Trial Attorney for Defendants

## MEMORANDUM IN SUPPORT OF MOTION

Defendants' counsel will be participating in a jury trial in front of Judge Beckwith beginning on September 13, 2004 in Case No. C-1-99-851, captioned *Himmel v. Ford Motor Company*. Counsel believes this trial could last 2½ weeks and counsel will therefore be unavailable to participate in the Scheduling Conference set in this matter for September 22, 2004.

Defendants therefore request a continuance of this Scheduling Conference until a date in early October.

Respectfully submitted,

s/Curtis L. Cornett
Curtis L. Cornett (0062116)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio  45202
(513) 852-8226
clc@corsbassett.com
Trial Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2004, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to Paul H. Tobias, Esq., attorney for plaintiff Tobias, Kraus & Torchia, 911 Mercantile Library Building, 414 Walnut Street, Cincinnati, Ohio  45202.

s/Curtis L. Cornett
Curtis L. Cornett

2