**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **RICK DEES** | : | |
| | : | **CASE NO.   C-1-02-457** |
| Plaintiff | : | Judge Dlott |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S RESPONSE** |
| **KENWOOD DEALER GROUP** | : | **TO DEFENDANT'S MOTION** |
| | : | **FOR CONTINUANCE** |
| and | : | |
| | : | |
| **KINGS DODGE** | : | |
| | : | |
| Defendants | : | |

Plaintiff has no objection to Defendant's Motion for Continuance and concerning rescheduling but advises the Court that Plaintiff's Counsel will be on vacation October 10th – October 26th.

Respectfully submitted,

/s/ Paul H. Tobias
Paul H. Tobias - 0032415
Tobias, Kraus & Torchia
911 Mercantile Library Bldg
414 Walnut Street
Cincinnati, Ohio  45202
(513) 241-8137
Fax (513) 241-7863
TKT@TKTlaw.com
Attorney for Plaintiff

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 2, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Curtis L. Cornett, Cors & Bassett, LLC, 537 E. Pete Rose Way, Suite 400, Cincinnati, OH 45202.

                                            /s/ Paul H. Tobias
                                            Paul H. Tobias - 0032415