*Denied as Moot*
*Susan J. Dlott*
*9/10/04*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **RICK DEES** | Case No. C-1-02-457 |
| Plaintiff, | (Judge Dlott) |
| vs. | |
| **KENWOOD DEALER GROUP, INC.** and **KINGS DODGE, INC.** | **DEFENDANTS' MOTION TO CONTINUE SEPTEMBER 22, 2004 SCHEDULING CONFERENCE** |
| Defendants. | |

Defendants Kenwood Dealer Group, Inc., at al. hereby move this Court to continue the Scheduling Conference which has been set for September 22, 2004. The grounds for this motion are set forth in the accompanying memorandum.

Respectfully submitted,

s/Curtis L. Cornett
Curtis L. Cornett (0062116)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202
(513) 852-8226
Trial Attorney for Defendants