UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION

**CIVIL ACTION NO. 1:02cv00457-WOB**

**RICK DEES**                                              **PLAINTIFF**

**VS.**                           **ORDER**

**KENWOOD DEALER GROUP, INC.**                             **DEFENDANT**


   In order to clarify the final pretrial conference order previously entered herein,

   **IT IS ORDERED** that all witness lists and statements, and exhibit lists shall be filed herein **seven (7) days** prior to the final pretrial conference set in this matter. All other deadlines contained in said final pretrial conference order shall **remain in effect**.

   This 26th day of October, 2004.



Signed By:
William O. Bertelsman  WOB
United States District Judge