# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **RICK DEES** | Case No. C-1-02-457 |
| Plaintiff, | (Judge Bertelsman) |
| vs. | |
| **KENWOOD DEALER GROUP, INC.** and **KINGS DODGE, INC.** | **DEFENDANTS' MOTION TO CONTINUE DECEMBER 28, 2004 FORMAL PRE-TRIAL CONFERENCE** |
| Defendants. | |

Defendants Kenwood Dealer Group, Inc., at al. hereby move this Court to continue the Formal Pre-trial Conference which has been set for December 28, 2004. The grounds for this motion are set forth in the accompanying memorandum.

Respectfully submitted,

s/Curtis L. Cornett
Curtis L. Cornett (0062116)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202
(513) 852-8226
Trial Attorney for Defendants

## **MEMORANDUM IN SUPPORT OF MOTION**

Defendants' counsel will be out of the country on vacation from December 23, 2004 through December 31, 2004. This vacation has been planned for months, long before the Formal Pre-trial Conference was scheduled. Defendants' counsel will therefore be unavailable to participate in the Formal Pre-trial Conference scheduled in this matter for December 28, 2004 and defendants respectfully request a continuance of this Pre-trial Conference until early January, 2005.

Respectfully submitted,

s/Curtis L. Cornett
Curtis L. Cornett (0062116)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202
(513) 852-8226
clc@corsbassett.com
Trial Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2004, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to Paul H. Tobias, Esq., attorney for plaintiff Tobias, Kraus & Torchia, 911 Mercantile Library Building, 414 Walnut Street, Cincinnati, Ohio 45202.

s/Curtis L. Cornett
Curtis L. Cornett