UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **RICK DEES** | : | |
| | : | **CASE NO.   1:-02-cv-457** |
| Plaintiff | : | Judge Bertelsman |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S RESPONSE** |
| **KENWOOD DEALER GROUP** | : | **TO DEFENDANT'S MOTION** |
| | : | **FOR CONTINUANCE OF** |
| and | : | **FORMAL PRE-TRIAL** |
| | : | **CONFERENCE** |
| **KINGS DODGE** | : | |
| | : | |
| Defendants | : | |

Plaintiff has no objection to a continuance of the Formal Pre-Trial Conference set for December 28, 2004.

Respectfully submitted,

/s/ Paul H. Tobias
Paul H. Tobias - 0032415
Tobias, Kraus & Torchia
911 Mercantile Library Bldg
414 Walnut Street
Cincinnati, Ohio  45202
(513)  241-8137
Fax (513) 241-7863
TKT@TKTlaw.com
Attorney for Plaintiff

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Curtis L. Cornett, Cors & Bassett, LLC, 537 E. Pete Rose Way, Suite 400, Cincinnati, OH 45202.

/s/ Paul H. Tobias
Paul H. Tobias - 0032415

2