UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:02cv00457-WOB**

**RICK DEES**                                                                 **PLAINTIFF**

**VS.**                               **ORDER**

**KENWOOD DEALER GROUP, INC.**                                **DEFENDANT**

    This matter is before the court on the motion of defendants to continue the final pretrial conference set in this matter on December 28, 2004 at 10:30 a.m., and opposing counsel being in agreement as to an alternate date, and all counsel being in agreement as to the place of said final pretrial conference,

    **IT IS ORDERED** that said motion to continue be, and it is, hereby **granted**, and said final pretrial conference is hereby **continued** until **Friday, January 21, 2005 at 1:30 p.m.** in Room 505, U.S. Courthouse, 35 West Fifth Street, in **Covington**, **Kentucky**. The parties are directed to comply with this court's final pretrial conference order previously entered herein.

    This 30th day of November, 2004.



Signed By:
William O. Bertelsman  WOB
United States District Judge