UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **RICK DEES** | : | |
| | : | **CASE NO.  C-1-02-457** |
| Plaintiff | : | Judge Bertelsman |
| | : | |
| vs. | : | |
| | : | |
| **KENWOOD DEALER GROUP** | : | **STIPULATED FACTS** |
| | : | |
| and | : | |
| | : | |
| **KINGS DODGE** | : | |
| | : | |
| Defendants | : | |

    Now come the parties hereto and, pursuant to the Court's pretrial order, present the following list of undisputed facts:

1. Rick Dees was hired in November 1999 by Kings Dodge, Inc. as a Salesperson.

2. In May and June 2000 Dees, Karl Swartz, and Rob Gilley were considered for a Finance and Insurance Manager (F & I) position.

3. In the year 2000, Dees sold more cars than any other salesperson at Kings Dodge.

4. Swartz was ultimately chosen for the F & I Manager position.

5. Dees had sold 6 more cars than Swartz in 2000 prior to the promotion decision.

6. At the time of the promotion decision, Dees had approximately 6 months of service with Kings Dodge, Swartz had approximately 5

       months of service with Kings Dodge, and Gilley had approximately 5 years of service with Kings Dodge.

7.    Dees resigned from Kings Dodge on July 16, 2001.

                                   Respectfully submitted,

                                   /s/ David D. Kammer
                                   David D. Kammer—0061808
                                   Paul H. Tobias - 0032415
                                   Tobias, Kraus & Torchia
                                   911 Mercantile Library Bldg
                                   414 Walnut Street
                                   Cincinnati, Ohio 45202
                                   (513) 241-8137
                                   Fax (513) 241-7863
                                   TKT@TKTlaw.com
                                   Attorneys for Plaintiff

                                   s/ Curtis L. Cornett
                                   Curtis L. Cornett (0062116)
                                   Cors & Bassett, LLC
                                   537 E. Pete Rose Way, Suite 400
                                   Cincinnati, OH 45202
                                   (513) 852-8226
                                   clc@corsbassett.com
                                   Trial Attorney for Defendants

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 6, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Curtis L. Cornett, Cors & Bassett, LLC, 537 E. Pete Rose Way, Suite 400, Cincinnati, OH 45202.

                                   /s/ David D. Kammer
                                   David D. Kammer