**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **RICK DEES** : | |
|  : | **CASE NO.  C-1-02-457** |
| Plaintiff : | Judge Bertelsman |
|  : | |
| vs. : | |
|  : | |
| **KENWOOD DEALER GROUP** : | **PLAINTIFF'S WITNESS LIST** |
|  : | **AND EXHIBIT LIST** |
| and : | |
|  : | |
| **KINGS DODGE** : | |
|  : | |
| Defendants : | |

Now comes Plaintiff, pursuant to Order of the Court and presents the following witness list and exhibit list:

**Plaintiff's Witness List**

1. Plaintiff will testify as per his deposition and his affidavit. He will testify as to his qualifications for the F & I Manager position and compare his qualifications to the other candidates. He will testify to his economic damages and his emotional damages resulting from Defendant's failure to promote him.

2. Mike Sunderman--85 W. Kemper Road, Cincinnati, Ohio 45246, will testify as per his declaration appended to Plaintiff's response to motion for summary judgment.

3. Ron Liggett,1720 Cedar Street, Cincinnati, Ohio 45231, will testify as per his declaration appended to Plaintiff's response to motion for summary judgment.

4. Mark Pittman--c/o Defendant will testify as to portions of his deposition.

5. Bob Reichert--c/o Defendant will testify as to portions of his deposition.

6. Company records custodian—to authenticate and identify any company documents.

7. Mrs. Dees, 2220 Adam Ridge Drive, Cincinnati, Ohio 45231, will testify as to Plaintiff's emotional distress caused by his rejection from the F & I position.

**Plaintiff's Exhibits**

1. EEO-1 Report for Kenwood Dealer Group, Inc. dated 3/17/2000 showing 88 officials and managers and none of them "black"

2. EEO-1 Report for Kings Dodge, Inc. dated 8/25/00 showing 8 managers and officials and none of them "black"

3. EEO-1 Report for Kings Dodge, Inc. dated 9/17/99 showing 9 managers and officials and none of them "black"

4. Rick Dees' Charge of Discrimination 221A10063 signed November 9, 2000 and filed with the EEOC

5. EEOC affidavit – Charge 221A00671

6. Affidavit of Raymond Scott Case No. 221A10011 alleging discrimination in hiring

7. Job Description Finance and Insurance Manager

8. Kenwood Dealer Group, Inc. Organizational Chart

9. Kenwood Dealer Group, Inc. Employee Handbook/Employee Policy Manual

10. Section 4.05 of Employee Handbook

11. June 2000 Year to Date Totals Sales

12. Defendant's position paper to EEOC dated October 31, 2002 Charge 22A00671

13. Defendant's position paper to EEOC dated December 22, 2002 Charge 221A10063

14. Declaration of Mark O. Pittman dated March 4, 2002

15. Defendants' Responses to Plaintiff's First Set of Interrogatories dated September 18, 2002

16. Diary page for September 28, 2000 regarding conversation with Rick Roesel

17. Diary page for June 16, 2000 regarding conversation with Mark Pittman

18. Diary page for September 18, 2000 regarding EEOC charge questioning

19. Backpay chart

20. Front pay chart

          Respectfully submitted,

          /s/ David D. Kammer  
          David D. Kammer—0061808  
          Paul H. Tobias - 0032415  
          Tobias, Kraus & Torchia  
          911 Mercantile Library Bldg  
          414 Walnut Street  
          Cincinnati, Ohio 45202  
          (513) 241-8137  
          Fax (513) 241-7863  
          TKT@TKTlaw.com  
          Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 13, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Curtis L. Cornett, Cors & Bassett, LLC, 537 E. Pete Rose Way, Suite 400, Cincinnati, OH 45202.

          /s/ David D. Kammer  
          David D. Kammer

Case 1:02-cv-00457-WOB    Document 38    Filed 01/13/2005    Page 4 of 4