UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:02cv00457-WOB**

**RICK DEES**                                                                **PLAINTIFF**

**VS.**                                         **ORDER**

**KENWOOD DEALER GROUP, INC.**                              **DEFENDANT**


This matter came before the court for a final pretrial conference on Friday, January 21, 2005. Paul Tobias and David Kammer represented the plaintiff. Curtis Cornett represented the defendants. Court reporter Shandy Ehde recorded the proceedings.

Having heard the parties, and the court being otherwise sufficiently advised,

**IT IS ORDERED** that: (1) this matter be, and is hereby, set for **trial on Tuesday, May 24, 2005 at 10:00 a.m.** in the United States District Court, Cincinnati, Ohio, **room to be determined**; (2) the parties shall promptly contact the office of United States Magistrate Judge J. Gregory Wehrman (859/392-7909) to schedule a mediation; (3) the parties shall file motions in limine addressing all evidentiary matters of importance anticipated to arise at trial **on or before February 7, 2005**, with responses thereto due by **February 22, 2005**. Any such matter reasonably capable of being anticipated but not included in these motions shall be deemed waived; and (4) plaintiff's oral motion to compel production of information relating to the pay and/or commissions earned by the employee occupying the second F&I position be, and is hereby, **GRANTED**.

This 25th day of January, 2005.

