UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:02cv00457-WOB

RICK DEES                                              PLAINTIFF

VS.

KENWOOD DEALER GROUP, INC., ET AL          DEFENDANTS

### ORDER

Counsel having jointly requested a court-convened settlement conference, and having agreed on a date for the conference, accordingly;

**IT IS ORDERED:**

1. A settlement conference will be held on **FEBRUARY 10, 2005 at 10:00 am.** in **COVINGTON**, Kentucky. The parties are ordered to have their respective client and/or representative, fully authorized to negotiate and approve a settlement in this matter, present in person at such conference. The parties' attention is directed to Lockhart v. Patel, 115 F.R.D. 44(E.D. Ky. 1987);

2. Counsel must submit to chambers on or before **FEBRUARY 7, 2005** a confidential settlement evaluation to include strengths and weaknesses of the case, liability and damage assessment, and a summary of prior settlement negotiations, if any. This document should not be filed with the Clerk of Court, as it is intended solely for the court's use before and during the settlement conference.

This 25 day of January, 2005.


Signed By:
J. Gregory Wehrman
United States Magistrate Judge