UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:02cv457-WOB**

**RICK DEES**                                                                                          **PLAINTIFF**

**VS.**

**KENWOOD DEALER GROUP, INC., et al.**                                       **DEFENDANTS**

### ORDER

A settlement conference was held on February 10, 2005 in this litigation with the following appearances: Rick Dees, plaintiff and David Kammer, his attorney; Robert Reichert, a representative of defendant Kings Dodge, et al. and Curtis Cornett, defendants' attorney. Although the parties were unable to resolve their differences during this conference, progress was made and the court has agreed to act as a facilitator in continuing settlement negotiations. Accordingly;

**IT IS ORDERED** this matter stands ready for trial, with jury, before Judge William O. Bertelsman on **May 24, 2005**.

This 10th day of February, 2005.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge

1