# DECLARATION OF ROBERT C. REICHERT

I, Robert C. Reichert, under penalty of perjury, hereby make the following declaration:

1. I am of legal age and am competent to testify to the matters herein based on personal knowledge.

2. I am the President, General Counsel, and majority shareholder of Kenwood Dealer Group, Inc. ("Kenwood"). Kenwood provides a variety of management services to ten automobile dealerships in the Greater Cincinnati area of which I am also the majority owner.

3. Currently, Kingswood Chrysler Plymouth, Inc. ("Kingswood") is one of those dealerships to which Kenwood provides management services and I am the majority owner of Kingswood. However, during the time Mike Sunderman ("Sunderman") was employed by Kingswood, I had no ownership interest in Kingswood and Kingswood had no affiliation with Kenwood. Sunderman has never worked for an automobile dealership that, at the time he worked there, was affiliated with Kenwood or in which I had an ownership interest.

I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Dated: 2/25/05

Robert C. Reichert



EXHIBIT A