UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:02cv00457-WOB

RICK DEES                                                        PLAINTIFF

VS.                                    <u>ORDER</u>

KENWOOD DEALER GROUP, INC.                                       DEFENDANT


This matter is before the court on the defendant's motions in limine (Docs. ##42, 43, 44) and plaintiff's motion in limine (Doc. #45), and the court being advised,

**IT IS ORDERED** that oral argument on such motions be, and it is, hereby set on **Tuesday, April 12, 2005 at 10:30 a.m.** in Room 505, United States Courthouse, 35 West Fifth Street in Covington, Kentucky.

This 6th day of April, 2005.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge