UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:02cv00457-WOB

RICK DEES                                                              PLAINTIFF

VS.                                    ORDER

KENWOOD DEALER GROUP, INC.                              DEFENDANT


This matter came before the court for oral argument on pending motions on Tuesday, April 12, 2005. David Kammer represented the plaintiff. Curtis Cornett represented the defendants. Also present was defendants' representative Robert Reichert. Court reporter Amy Blosser recorded the proceedings.

This matter having settled during this conference, and the court being otherwise advised,

**IT IS ORDERED** that: (1) the defendants' motions (Docs. ##31, 42, 43, 44) and plaintiff's motion (Doc. #45) be, and are hereby, **DENIED AS MOOT**; (2) the trial date of May 24, 2005 be, and is hereby, **VACATED**; and (3) this matter be, and is hereby, **DISMISSED and stricken from the docket of this court.**

This 12th day of April, 2005.



Signed By:
William O. Bertelsman  WOB
United States District Judge